NO. 43,063B

Herron K. Duckett
    PETITIONER

VS.

THE STATE OF TEXAS,
    RESPONDENT

§
§
§
§
§
§
§
§

IN THE TEXAS COURT

OF

CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 30 2015
Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, _Herron Kent Duckett_, Petitioner, and files this motion for an

FILED IN
COURT OF CRIMINAL APPEAL
APR 01 2015
Abel Acosta, Clerk

extension of sixty (60) days in which to file a Petition for Discretionary Review. In

support of this motion, Petitioner shows the Court the following:

I.

The Petitioner was convicted in the _124th_ District Court of _Gregg_

County, Texas of the offense of _EVADING ARREST w/A Vehicle_ in Cause No.

_43,063 B_, styled The State of Texas vs. _Herron Kent Duckett_ The Petitioner

appealed to the Court of Appeals, _Sixth_ Supreme Judicial District, Appeal No.

_06-14-00060-CR_ . The case was affirmed on

_March 3, 2015_ .

II.

The present deadline for filing the Petition for Discretionary Review is

_April 2, 2015_. The Petitioner has not requested any extension prior to this request.

III.

Petitioner's request for an extension is based upon the following facts: Petitioner

was not informed of the decision of the Court of Appeals in affirming his case until

_March 9, 2015_. Since that time Petitioner has been attempting to gain legal

representation in this matter. His attorney on the appeal,

_EBB B. Mobley_ , has informed Petitioner that he will not represent him

on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. _43,063 B_ to _JUNE 1, 2015_.

Respectfully submitted,

*Herron Kent Duckett*

Petitioner Pro Se
TDCJ # *1920602*
Texas Department of Criminal Justice

## CERTIFICATE OF SERVICE

I, _Herron Kent Duckett_ do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by United States Mail, postage prepaid, first class, to the State Prosecuting Attorney, P. O. Box 12405, Austin, TX 78711, and the District Attorney for _Gregg_ County, _LongView, TEXAS_ on this the _March 24th_ day of , 200_5_.

_Herron Kent Duckett_
Petitioner Pro Se

Date: _MARCH 24, 2015_

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
PO Box 12308
Austin, TX 78711

Dear Mr. Acosta:

Enclosed please find my pro se Petitioner's Motion for Extension of Time to File a Petition for Discretionary Review. Please file this Motion with the papers of this case and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's ruling on my Motion.

Sincerely,

_Herron Kent Duckett_
Petitioner Pro Se
TDCJ # _1920602_
Texas Department of Criminal Justice
Unit: _EASTHAM_
Address: _2665 Prison Rd #1_
_Lovelady, Texas 75851_